**U.S.M.J Marcia M. Henry**　　　　　　　　　　　　DATE  06/28/2022

# CRIMINAL CAUSE FOR PLEADING

USA
v.
Kambiz Attar Kashani   Docket No: 22-CR-33(EK)(MMH)   Time: 2:23PM   In Court: 59 minutes

　　　　　　　　　　　　　　　　　　　　　　　　　　Zoom Log: 2:23PM to 3:22PM

Defendant: Kambiz Attar Kashani
  _x_ Present   ___ Not Present   _x_ Custody   ___ Bail

Defense Counsel: William Coffield and Babak Hoghooghi-Esfahani
  _x_ Present   ___ Not Present
          _x_ RET   ___ Federal Defenders   ___ CJA

AUSA: Meredith Arfa　　　　　　　　　Deputy: R. Castro

Court Reporter: N/A   Interpreter: N/A   Language: N/A

_X_ Case Called
___ Defendant's First Appearance
_X_ Defendant: _X_ Sworn   ___ Arraigned   ___ Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superseding Indictment/Information Filed
___ Bench warrant Issued: _____
___ Defendant Withdraws Not Guilty Plea and Enters a Plea of Guilty to Count(s) ____
      of the Indictment/Superseding Indictment/ Information.
_x_ Defendant Enters a Plea of Guilty to the sole count in the Indictment.
_x_ Court Finds Factual Basis for the Plea
___ Sentencing will be set by the Probation Office.
___ The Probation Office is directed to prepare and file the PSR by _____ on _____
_x_ Sentencing is scheduled for  10/21/2022  at  11:00AM .
___ Bail/Bond: ____ Set ____ Continued for Defendant ____ Continued in Custody
___ Case Adjourned to ___/___/_____
_x_ Court accepts the Plea of Guilty.
_x_ Transcript Ordered:

Text: The Court admitted into evidence the plea agreement (Court's exhibit one).